### JOHNSON *v.* COFFEE, administratrix.

HILL, J. 1. While some of the evidence was erroneously admitted, yet when taken in connection with the entire evidence the admission thereof will not require a new trial.

2. The charges complained of are not subject to the objections urged against them.

3. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*
MAY 18, 1916.

Action for damages. Before Judge Jones. Rabun superior court. February 26, 1915.

*W. S. Paris,* for plaintiff in error.

*W. A. Charters* and *R. E. A. Hamby,* contra.